IN THE UNITED STATES DISTRICT COURT FOR
THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARBARA GOUDY and EDWARD GOUDY, | : | C.A. No. 07-796 |
| Husband and wife, citizens of the | : | |
| Commonwealth of Pennsylvania, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | TRIAL BY JURY OF TWELVE |
| | : | DEMANDED |
| GREENVILLE CORPORATE, LLC, a | : | |
| Limited liability company in the State of | : | |
| Delaware, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S ANSWER TO COMPLAINT

1. Denied.

2. Not applicable.

3. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

4. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

5. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

6. Admitted.

7. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

8. Denied Answering Defendant owned or operated the premises. It is admitted it was the property management for the premises.

9. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

10. Denied.

11. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

## COUNT I

12. Answering defendant incorporates herein by reference its responses to paragraphs 1 through 11.

13. No response required as this paragraphs calls for a legal conclusion.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## COUNT II

19. Answering defendant incorporates herein by reference its responses to paragraphs 1 through 18.

20. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

21. The plaintiffs' complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

22. Plaintiff failed to mitigate any damages claimed.

### THIRD AFFIRMATIVE DEFENSE

23. The injuries alleged preexisted the incident alleged in plaintiffs' complaint or are otherwise not related to the alleged incident.

### FOURTH AFFIRMATIVE DEFENSE

24.    Answering defendant denies any liability whatsoever. If found liable, however, the answering defendant contends that the accident and any resulting injuries were proximately caused by the negligence of the plaintiff in that she:

    a.  failed to maintain a proper lookout;

    b.  was otherwise negligent.

To the extent that the negligence of the plaintiff is greater than the negligence of the defendant, recovery is barred. Otherwise, any award in favor of the plaintiff must be reduced by her pro rata share of liability.

**WHEREFORE,** Answering Defendant demands judgment in their favor and dismissal of plaintiffs' complaint with costs of this action assessed against the plaintiffs.

CHRISSINGER & BAUMBERGER

/s/David L. Baumberger
DAVID L. BAUMBERGER, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE 19806
(302) 777-0100

DATED: February 6, 2008    Attorney for Defendant

## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 6th day of February, 2008, I have had served electronically a true and correct copy of the attached *DEFENDANT'S ANSWER TO COMPLAINT* to the following:

>Christopher J. Curtin, Esquire
>MacElree Harvey, Ltd.
>5721 Kennett Pike
>Centreville, DE  19807

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR
THE STATE OF DELAWARE

| | |
|---|---|
| BARBARA GOUDY and EDWARD GOUDY Husband and wife, citizens of the Commonwealth Of Pennsylvania, | : C.A. No. 07-796 : : : |
| Plaintiffs, | : : |
| v. | : TRIAL BY JURY OF TWELVE : DEMANDED |
| GREENVILLE CORPORATE, LLC, a Limited liability company in the State of Delaware, | : : : : |
| Defendants. | : |

### DEFENDANT'S ANSWER TO FORM 30 INTERROGATORIES

1. Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident, which is the subject of the litigation.

   **ANSWER:** Unknown.

2. Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

   **ANSWER: Responsible personnel at Chrissinger & Baumberger, responsible personnel at Liberty Mutual Insurance Company and have secondhand knowledge of the facts related to this litigation. Also Tara Sheridan of Greenville Corporate, Frank McMahon of the UPS Store in Greenville Crossing and Larissa McDonald of the UPS Store in Greenville Crossing.**

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and

present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

**ANSWER:** **Answering Defendant is not certain that any interviews were conducted. Normally, when an incident or claim is called into Defendant's insurer, the initial conversation is recorded. Those recordings are destroyed in the ordinary course of business once a file is created. If the case manager assigned to the file took a recorded statement of a witness or one or more of the parties, the tape recording will be available for review at the offices of Defense counsel. This interrogatory answer will be updated. Please also see response to number 2. Ms. Sheridan obtained statements from Mr. McMahon and Ms. McDonald.**

4. Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached).

**ANSWER:** **Defendant has four photographs of the general area of the alleged fall.**

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

**ANSWER:** **As of this date, no expert has been employed; however, answering defendant reserves the right to employ any medical providers who has treated the plaintiff.**

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

(a) The name and address of all companies insuring the risk;

(b) The policy number;

(c) The type of insurance;

(d) The amounts of primary, secondary and excess coverage.

**ANSWER:**

**(a) Montgomery Mutual Insurance Company**

**(b) 9860135**

**(c) Commercial General Liability**

**(d) $1,000,000**

                **CHRISSINGER & BAUMBERGER**

                /s/David L. Baumberger
                David L. Baumberger, #2420
                Three Mill Road, Suite 301
                Wilmington, DE 19806
                (302)777-0100
DATED: February 6, 2008        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 6th day of February, 2008, I have had served electronically a true and correct copy of the attached ***DEFENDANT'S ANSWERS TO FORM 30 INTERROGATORIES*** to the following:

>Christopher J. Curtin, Esquire
>MacElree Harvey, Ltd.
>5721 Kennett Pike
>Centreville, DE  19807

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Barbara Gurdy and Edward Gurdy

## DEFENDANTS
Greenville Corporate LLC

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher J. Curtin Esquire
MacElree Harvey LTD
5721 Kennett Pike
Centreville DE 19807

Attorneys (If Known)
#2420
David L. Baumberger, Esquire
Chrissinger + Baumberger
Three Mill Rd Suite 301
Wilmington DE 19806

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 2 U.S. Government Defendant
- G 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | [X] 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| G 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane / G 362 Personal Injury—Med. Malpractice | G 620 Other Food & Drug | G 423 Withdrawal 28 USC 157 | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability / G 365 Personal Injury—Product Liability | G 625 Drug Related Seizure of Property 21 USC 881 |  | G 430 Banks and Banking |
| G 140 Negotiable Instrument |  | G 630 Liquor Laws |  | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 320 Assault, Libel & Slander / G 368 Asbestos Personal Injury Product Liability | G 640 R.R. & Truck | PROPERTY RIGHTS | G 460 Deportation |
| G 151 Medicare Act | G 330 Federal Employers' Liability | G 650 Airline Regs. | G 820 Copyrights | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 340 Marine / PERSONAL PROPERTY | G 660 Occupational Safety/Health | G 830 Patent | G 810 Selective Service |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 345 Marine Product Liability / G 370 Other Fraud / G 371 Truth in Lending | G 690 Other | G 840 Trademark | G 850 Securities/Commodities/Exchange |
| G 160 Stockholders' Suits | G 350 Motor Vehicle / G 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | G 875 Customer Challenge 12 USC 3410 |
| G 190 Other Contract | G 355 Motor Vehicle Product Liability / G 385 Property Damage Product Liability | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 195 Contract Product Liability | [X] 360 Other Personal Injury |  | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
|  |  | G 720 Labor/Mgmt. Relations | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS |  | G 864 SSID Title XVI | G 894 Energy Allocation Act |
|  |  | G 730 Labor/Mgmt. Reporting & Disclosure Act | G 865 RSI (405(g)) | G 895 Freedom of Information Act |
| G 210 Land Condemnation | G 441 Voting / G 510 Motions to Vacate Sentence |  |  | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 220 Foreclosure | G 442 Employment / Habeas Corpus: | G 740 Railway Labor Act | FEDERAL TAX SUITS |  |
| G 230 Rent Lease & Ejectment | G 443 Housing/Accommodations / G 530 General |  | G 870 Taxes (U.S. Plaintiff or Defendant) |  |
| G 240 Torts to Land | G 444 Welfare / G 535 Death Penalty | G 790 Other Labor Litigation |  | G 950 Constitutionality of State Statutes |
| G 245 Tort Product Liability | G 440 Other Civil Rights / G 540 Mandamus & Other | G 791 Empl. Ret. Inc. Security Act | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| G 290 All Other Real Property | G 550 Civil Rights / G 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

None - state law

## VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  G No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 2/6/08
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____