IN THE UNITED STATES DISTRICT COURT FOR
THE STATE OF DELAWARE

| | | |
|---|---|---|
| **BARBARA GOUDY and EDWARD GOUDY,** Husband and wife, citizens of the Commonwealth of Pennsylvania, | : : : : | **C.A. No. 07-796** |
| **Plaintiffs,** | : : | |
| v. | : : | **TRIAL BY JURY OF TWELVE DEMANDED** |
| **GREENVILLE CORPORATE, LLC,** a Limited liability company in the State of Delaware, | : : : : | |
| **Defendant.** | : | |

## DEFENDANT'S AMENDED ANSWER TO COMPLAINT

1. Denied.

2. Not applicable.

3. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

4. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

5. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

6. Admitted.

7. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

8. <u>Admitted</u>.

9. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

10. Denied.

11. Answering Defendant is without sufficient knowledge to affirm or deny the averments of this paragraph.

## COUNT I

12. Answering defendant incorporates herein by reference its responses to paragraphs 1 through 11.

13. No response required as this paragraphs calls for a legal conclusion.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

## COUNT II

19. Answering defendant incorporates herein by reference its responses to paragraphs 1 through 18.

20. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

21. The plaintiffs' complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

22. Plaintiff failed to mitigate any damages claimed.

### THIRD AFFIRMATIVE DEFENSE

23. The injuries alleged preexisted the incident alleged in plaintiffs' complaint or are otherwise not related to the alleged incident.

### FOURTH AFFIRMATIVE DEFENSE

24. Answering defendant denies any liability whatsoever. If found liable, however, the

answering defendant contends that the accident and any resulting injuries were proximately caused by the negligence of the plaintiff in that she:

    a. failed to maintain a proper lookout;

    b. was otherwise negligent.

To the extent that the negligence of the plaintiff is greater than the negligence of the defendant, recovery is barred. Otherwise, any award in favor of the plaintiff must be reduced by her pro rata share of liability.

**WHEREFORE,** Answering Defendant demands judgment in their favor and dismissal of plaintiffs' complaint with costs of this action assessed against the plaintiffs.

    CHRISSINGER & BAUMBERGER

    /s/David L. Baumberger
    DAVID L. BAUMBERGER, Esquire (#2420)
    Three Mill Road, Suite 301
    Wilmington, DE  19806
    (302) 777-0100

DATED:  March 5, 2008    Attorney for Defendant

## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 5th day of March, 2008, I have had served electronically a true and correct copy of the attached *DEFENDANT'S AMENDED  ANSWER TO COMPLAINT* to the following:

>Christopher J. Curtin, Esquire
>MacElree Harvey, Ltd.
>5721 Kennett Pike
>Centreville, DE  19807

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant