IN THE UNITED STATES DISTRICT COURT FOR
THE STATE OF DELAWARE

| | |
|---|---|
| BARBARA GOUDY and<br>EDWARD GOUDY, husband<br>and wife, citizens of the<br>Commonwealth of Pennsylvania, | :<br>:<br>: C. A. NO. 1:07-cv-00796<br>: |
| Plaintiffs, | : |
| v. | : JURY TRIAL DEMANDED |
| GREENVILLE CORPORATE LLC<br>a limited liability company<br>in the State of Delaware, | :<br>:<br>: |
| Defendant. | : |

NOTICE OF SERVICE OF DISCOVERY

To: David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road
Suite 301
Wilmington, DE 19806

**PLEASE TAKE NOTICE** that on March 6, 2008 Plaintiffs served upon Defendant the following discovery requests:

1. PLANTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT;

2. PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT.

              By: s/Christopher J. Curtin
                Christopher J. Curtin, Esquire
                DE Bar ID. No. 226
                5721 Kennett Pike
                Centreville, DE 19807
                Phone: (302) 654-4454
                Facsimile: (302) 478-5577
                E-mail: ccurtin@macelree.com
                Attorney for Plaintiffs

Dated: March 6, 2008