Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Barbara Goudy and  )
Edward Goudy       )    Civil Action No. 1:07-cv-00796
   v.          )
Greenville Corporate LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Timothy F. Rayne, Esquire__ to represent __Plaintiffs__ in this matter.

Signed: _/s/ Christopher J. Curtin_

(Movant's Name and Delaware State Bar Identification Number)   Christopher J. Curtin, Esquire #226
(Movant's Address)                                              MacElree Harvey, Ltd.
(Movant's Telephone Number)                                     5721 Kennett Pike
                                                                                                                                                        Centreville, DE 19807  302.654.4454

Attorney for: __Plaintiffs, Barbara and Edward Goudy__

Date: 3-20-08

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                                   United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Pennsylvania__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Timothy F. Rayne_

Date: 3/14/08

(Applicant's Address)  Timothy F. Rayne, Esquire
                               MacElree Harvey, Ltd.
                               211 East State Street
                               Kennett Square, PA 19348