# CHRISSINGER & BAUMBERGER*

ATTORNEYS AT LAW

SUITE 301

THREE MILL ROAD

WILMINGTON, DELAWARE 19806

| | |
|---|---|
| NANCY CHRISSINGER COBB | (302)777-0100 |
| DAVID L. BAUMBERGER | TELECOPIER |
| ERIC D. BOYLE | (302) 777-5696 |
| CHRISTOPHER T. LOGULLO | *Not a partnership |

May 5, 2008

**VIA E-FILE ONLY**
The Honorable Magistrate Judge Mary Pat Thynge
United States District Court
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

    **RE:  Goudy v Greenville Corporate LLC**
          **C.A. No. 07-796**

Dear Judge Thynge:

    As you know, the mediation in this matter is scheduled for May 14, 2008 at 10:00 a.m. before Your Honor.  The adjuster in this matter is located out-of-state and would like to participate in the mediation via telephone.  Please advise whether her appearance by telephone is acceptable.

          Respectfully Submitted,

          /s/David L. Baumberger
          DAVID L. BAUMBERGER #2420

DLB/slc

cc:    Christopher J. Curtin, Esquire (via e-file only)
       Theresa Palson, 802852770-002 (via facsimile only to 888-333-4206)