MacElree Harvey, Ltd.
Attorneys at Law
5721 Kennett Pike
Centreville, DE 19807-1311





FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL -3 PM 2: 11

July 1, 2008

Christopher J. Curtin

ccurtin@macelree.com
p| 302.654.4454
f | 302.654.4954

Honorable Joseph J. Farnan, Jr.
United Stated District Court for the District of Delaware
District of Delaware
844 North King Street
Room 429, Lock Box 27
Wilmington, DE  19801

Re:   Barbara and Edward Goudy vs. Greenville Corporate LLC
      Civil Action No. 07-796-JJF

Dear Judge Farnan:

Today counsel received via email the Court's Scheduling Order.  Please be advised that the Scheduling Conference can be removed from the Court's Calendar.  Mediation with Magistrate Thynge was successful, and counsel will be filing a Stipulation for Dismissal once the Release has been forwarded and executed.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher J. Curtin

CJC:vm

Cc:   Clerk of the Court
      Honorable Mary Pat Thynge
      David L. Baumberger, Esquire
      Ms. Barbara Goudy

385994_1