IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA GOUDY AND EDWARD GOUDY, husband and wife citizens of the Commonwealth of Pennsylvaina, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action NO. 07-796-JJF |
| GREENVILLE CORPORATE LLC, | : : : |
| Defendant. | : |

**O R D E R**

WHEREAS, by letter, Counsel has informed the Court that the parties have reached an agreement to settle all of their disputes in the above-captioned case (D.I. 16);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Should settlement fail, the parties shall promptly notify the Court so that the case may be reopened and other appropriate action may be taken.

.

July 9, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE