IN THE UNITED STATES DISTRICT COURT FOR
THE STATE OF DELAWARE

| | |
|---|---|
| BARBARA GOUDY and EDWARD GOUDY, Husband and wife, citizens of the Commonwealth of Pennsylvania,<br><br>      Plaintiffs,<br><br>v.<br><br>GREENVILLE CORPORATE, LLC, a Limited liability company in the State of Delaware,<br><br>      Defendant. | : C.A. No. 07-796<br>:<br>:<br>:<br>:<br>:<br>:<br>: TRIAL BY JURY OF TWELVE<br>: DEMANDED<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiffs, Barbara and Edward Goudy, against the defendant Greenville Corporate, LLC are hereby dismissed with prejudice.

| | |
|---|---|
| **MACELREE HARVEY**<br><br>_/s/ Christopher J. Curtin_<br>CHRISTOPHER J. CURTIN, Esquire<br>Attorney I.D. No. 226.<br>5721 Kennett Pike<br>Centreville, DE 19807<br>(302) 654-4454<br>Attorney for Plaintiffs<br><br>DATED: 7/28/08 | **CHRISSINGER & BAUMBERGER**<br><br>_/s/ David L. Baumberger_<br>DAVID L. BAUMBERGER, Esquire<br>Attorney I.D. No. 2420<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806<br>(302)777-0100<br>Attorney for Defendant |

IT IS SO ORDERED this _____day of _____, 2008

_____
                                    J.