## IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

| | |
|---|---|
| BARBARA GOUDY and EDWARD GOUDY, Husband and wife, citizens of the Commonwealth of Pennsylvania,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENVILLE CORPORATE, LLC, a Limited liability company in the State of Delaware,<br><br>    Defendant. | :C.A. No. 07-796<br>:<br>:<br>:<br>:<br>:<br>:<br>:TRIAL BY JURY OF TWELVE<br>:DEMANDED<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiffs, Barbara and Edward Goudy, against the defendant Greenville Corporate, LLC are hereby dismissed with prejudice.

**MACELREE HARVEY**

_____
CHRISTOPHER J. CURTIN, Esquire
Attorney I.D. No. 226.
5721 Kennett Pike
Centreville, DE 19807
(302) 654-4454
Attorney for Plaintiffs

**CHRISSINGER & BAUMBERGER**

_____
DAVID L. BAUMBERGER, Esquire
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE 19806
(302)777-0100
Attorney for Defendant

DATED:

IT IS SO ORDERED this 29 day of July, 2008

_____
J.